COMMONWEALTH of Pennsylvania, Resondent

v.

Robert Stephone GILMORE, Petitioner

No. 834 MAL 2016

Supreme Court of Pennsylvania.

April 11, 2017

## ORDER

PER CURIAM

AND NOW, this 11th day of April, 2017, the Petition for Allowance of Appeal is **DENIED.**